# EXHIBIT A







https://www.namecheap.com/domains...







**Whois results: newsnationusa.com is already registered.** Want it? Make an offer now.

newsnationusa.com





Domain name: newsnationusa.com
Registry Domain ID: 2574715373_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2020-11-26T13:08:37.00Z
Registrar Registration Expiration Date: 2021-11-26T13:08:37.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Withheld for Privacy Purposes
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 9c553e8939614ebeb95fddec19d6e91c.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Withheld for Privacy Purposes
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 9c553e8939614ebeb95fddec19d6e91c.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Withheld for Privacy Purposes
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 9c553e8939614ebeb95fddec19d6e91c.protect@withheldforprivacy.com
Name Server: isabel.ns.cloudflare.com
Name Server: kellen.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-08-06T10:43:55.65Z <<<
For more information on Whois status codes, please visit https://icann.org/epp