IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NEXSTAR MEDIA INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-1047 (AJT/IDD) |
| ) | |
| NEWSNATIONUSA.COM, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**<u>AMENDED ORDER</u>**

On May 4, 2022, the Court entered an Order [Doc. No. 22] adopting the Magistrate Judge's Report and Recommendation [Doc. No. 21] and granting Plaintiff's Motion for Default Judgment [Doc. No. 17]. As Default Judgment was granted only on one Count and against one defendant, Plaintiff still has pending claims against the other defendants. However, the Order incorrectly directed the Clerk to close this case. Accordingly, the Court's Order [Doc. No. 22] shall be VACATED, this Amended Order shall be entered, and the Clerk shall reopen this case as to the remaining defendants and pending claims.

This matter is before the Court on Plaintiff Nexstar Media Inc.'s ("Plaintiff") Motion for Default Judgment (the "Motion") [Doc. No. 17] pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On April 14, 2022, the Magistrate Judge issued a Report and Recommendation [Doc. No. 21] (the "R&R") recommending that a default judgment be entered in favor of Plaintiff and against the Defendant Internet domain name newsnationusa.com ("Defendant" or "Defendant Domain Name") pursuant to Count I alleging violation of the federal Anti-Cybersquatting Consumer Protection Act (15 U.S.C. § 1125(d)). The R&R also recommended directing VeriSign, Inc. to change the registrar of record for newsnationusa.com to Plaintiff's registrar of choice, CSC

Corporate Domains, Inc., and directing CSC Corporate Domains to change the registrant of the respective domain name to Plaintiff, Nexstar Media Inc. No objections to the R&R have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it hereby

ORDERED that Court's May 4, 2022 Order [Doc. No. 22] is VACATED.

ORDERED that Plaintiff Nexstar Media Inc.'s Motion for Default Judgment [Doc. No. 17] be, and the same hereby is, GRANTED; and it is further

ORDERED that default judgment be, and the same hereby is, ENTERED against the Defendant Domain Name as to Count I; and it is further

ORDERED that VeriSign, Inc., be, and the same hereby is, DIRECTED to change the registrar of record for newsnationusa.com to Plaintiff's registrar of choice, CSC Corporate Domains, Inc., and it is further

ORDERED that CSC Corporate Domains be, and the same hereby is, DIRECTED to change the registrant of the respective domain name to Plaintiff, Nexstar Media Inc.; and it is further

ORDERED that Plaintiff be, and the same hereby is, DIRECTED to email a copy of this Order to the registrant(s) at the physical and email addresses associated with the Defendant Domain newsnationusa.com.

The Clerk is directed to enter judgment in accordance with this Order in favor of Plaintiff pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record.

The Clerk is further directed to reopen this case.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 13, 2022