# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Nexstar Media Inc. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:21cv1047 |
| NewsnationUSA.com, et al | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on May 13, 2022 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff, Nexstar Media Inc., and against the Defendant, NewsnationUSA.com.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
     Dana Van Metre
     Deputy Clerk

Dated: 5/13/2022
Alexandria, Virginia